```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 31934
   RONALD J MATEJKOWSKI
   JACQUELINE A MATEJKOWSKI                     CHAPTER 13

                                                JUDGE: A BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-5190      SSN XXX-XX-8988

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 08/27/2004 and was confirmed 10/12/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  31.52% from remaining funds.

      The case was paid in full 04/08/2008.
--------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
 INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED           .00           .00
 BENEFICIAL ILLINOIS~       UNSECURED        NOT FILED           .00           .00
 CAPITAL ONE BANK           UNSECURED OTH      314.27            .00         98.91
 CAPITAL ONE BANK           UNSECURED          736.71            .00        232.18
 CAPITAL ONE BANK           UNSECURED         3698.46            .00       1165.61
 CAPITAL ONE BANK           UNSECURED          377.19            .00        118.88
 CAPITAL ONE BANK           UNSECURED          749.81            .00        236.31
 CAPITAL ONE BANK           UNSECURED         1543.08            .00        486.32
 ROUNDUP FUNDING LLC        UNSECURED         2384.42            .00        751.47
 FINGERHUT CORP             UNSECURED        NOT FILED           .00           .00
 ECAST SETTLEMENT CORP      UNSECURED          793.24            .00        250.00
 ECAST SETTLEMENT CORP      UNSECURED         5606.77            .00       1767.03
 RESURGENT CAPITAL SERVIC   UNSECURED         5246.43            .00       1653.46
 PROVIDIAN                  UNSECURED        NOT FILED           .00           .00
 SEVENTH AVENUE             UNSECURED          824.63            .00        259.89
 SOCIAL SECURITY ADMIN      UNSECURED        NOT FILED           .00           .00
 THE SWISS COLONY           UNSECURED          608.72            .00        191.84
 ROUNDUP FUNDING LLC        UNSECURED         5298.20            .00       1669.78
 RESURGENT CAPITAL SERVIC   UNSECURED          448.00            .00        141.19
 ECAST SETTLEMENT CORP      UNSECURED          533.47            .00        168.13
 PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                     2,700.00
 TOM VAUGHN                 TRUSTEE                                          709.00
 DEBTOR REFUND              REFUND                                           274.92

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
 TRUSTEE                 12,874.92

 PRIORITY                                             .00
 SECURED                                              .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 31934 RONALD J MATEJKOWSKI & JACQUELINE A MATEJKOWSKI
```

```
UNSECURED                                              9,191.00
ADMINISTRATIVE                                         2,700.00
TRUSTEE COMPENSATION                                     709.00
DEBTOR REFUND                                            274.92
                                 ---------------  ---------------
TOTALS                                 12,874.92        12,874.92
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
Dated: 07/29/08                  _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```